UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GAMILLA CASSANDRA GABUYA RAMOS,

        Petitioner,

    v.

CHRISTOPHER CHESTNUT, WARDEN OF CALIFORNIA CITY DETENTION CENTER, *et al.*,

        Respondents.

Case No.  1:26-cv-004083  (AMO)

**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 2

The Court is in receipt of Petitioner's motion for temporary restraining order ("TRO"). Respondents shall file a response to the TRO by June 1, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by June 2, 2026. Respondents are prohibited from deporting the Petitioner or removing her from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

Dated: May 28, 2026

_____
Araceli Martínez-Olguín
United States District Judge